FILED

09/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0294

No. DA 20-0294

**In the Supreme Court of the State of Montana**

COMMISSIONER OF POLITICAL PRACTICES, through JEFFREY A. MANGAN, acting in his official capacity as Commissioner of Political Practices,

*Plaintiff-Appellant*,

*v.*

THE MONTANA REPUBLICAN PARTY,

*Defendant-Appellee.*

On Appeal from the First Judicial District, Lewis and Clark County
The Honorable Michael F. McMahon, Presiding

**Order Granting Unopposed Motion for Extension of Time**

Pursuant to Mont. R. App. P. 26(1), Appellee is granted a 30-day extension of time up to and including October 23, 2020, to file its response brief.

Dated this _____ day of September, 2020.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 15 2020